UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| XEROX CORPORATION, )<br>)<br>Plaintiff-Counterclaim Defendant, )<br>)<br>v. )<br>)<br>MEDIA SCIENCES, INC., )<br>)<br>Defendant-Counterclaim Plaintiff. )<br>) | 1:06-cv-4872-RJH |

## JOINT MOTION TO DISMISS WITH PREJUDICE

Xerox Corporation and Media Sciences, Inc. have settled the claims and counterclaims asserted between them.  Accordingly, pursuant to Federal Rule of Civil Procedure 41(a)(2), Xerox Corporation and Media Sciences, Inc. hereby jointly move the Court to dismiss with prejudice all claims asserted by Xerox Corporation against Media Sciences, Inc., and all counterclaims asserted by Media Sciences, Inc. against Xerox Corporation.  Each party will bear its own costs and attorneys' fees.

Dated:  May 3, 2011

By:   */s/ Jennifer L. Dzwonczyk*
     Jennifer L. Dzwonczyk (JD-4869)
     Venable LLP
     575 7th Street NW
     Washington, DC 20004
     Tel:  (202) 344-4000
     Fax:  (202) 344-8300
     E-mail:  jdzwonczyk@venable.com

     Attorney for Plaintiff
     Xerox Corporation

By:   */s/ James J. Foster*
     James J. Foster
     Lawrence M. Green (LG-1465)
     Hunter D. Keeton
     Wolf Greenfield & Sacks, P.C.
     600 Atlantic Avenue
     Boston, MA 02210
     Tel:  (617) 646-8000
     Fax:  (617) 646-8646
     E-mail: jfoster@wolfgreenfield.com
            lgreen@wolfgreenfield.com
            hkeeton@wolfgreenfield.com

     Attorneys for Defendant
     Media Sciences, Inc.